## ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: In re A2P SMS Antitrust Litigation    Docket No.: 15-758

Lead Counsel of Record (name/firm) or Pro se Party (name): Robert N. Kaplan/ Kaplan Fox & Kilsheimer LLP

Appearance for (party/designation): iSpeedbuy, LLC, Textpower, Inc., Shahriyar Neman, David Hobeich

### DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
[✓] Correct
[ ] Incorrect. See attached caption page with corrections.

**Appellate Designation** is:
[✓] Correct
[ ] Incorrect. The following parties do not wish to participate in this appeal:
    Parties: _____
[ ] Incorrect. Please change the following parties' designations:
    Party                Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
[✓] Correct
[ ] Incorrect or Incomplete, and should be amended as follows:

Name: _____
Firm: _____
Address: _____
Telephone: _____    Fax: _____
Email: _____

### RELATED CASES

[✓] This case has not been before this Court previously.
[ ] This case has been before this Court previously. The short title, docket number, and citation are: _____

[✓] Matters related to this appeal or involving the same issue have been or presently are before this Court. The short titles, docket numbers, and citations are: In re A2P SMS Antitrust Litigation; Nos. 14-2335, 14-2345, 14-2347, 14-2350, 14-2407

### CERTIFICATION

I certify that [✓] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on 2011-05-16 OR that ( ) I applied for admission on _____ or renewal on _____. If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Robert N. Kaplan
Type or Print Name: ROBERT N. KAPLAN
    OR
Signature of pro se litigant: _____
Type or Print Name: _____
[ ] I am a pro se litigant who is not an attorney.
[ ] I am an incarcerated pro se litigant.